# EXHIBIT A

Lengghalde 2
8008 Zürich, Schweiz
Tel. +41 44 385 71 71
Fax +41 44 385 75 38
www.schulthess-klinik.ch

**SCHULTHESS KLINIK**

Muskulo-Skelettal Zentrum
Wirbelsäulenchirurgie und
Neurochirurgie

Dr. med. G. Waisbrod
Assistenzarzt
Wirbelsäulenchirurgie
Telefon: +41 44 385 72 10
Fax: +41 44 385 72 11
Mail: Guy.Waisbrod@kws.ch

Herr
Albert Cambata
Via Campacci 4
CH-6927 Agra

PID: 868461 / FID: 2466317        8008 Zürich, 15.04.2016  WAGU/vemi

**Cambata, Albert, 03.01.1955**
Via Campacci 4, CH - 6927 Agra
Tel.: P / G / M

**Medical certificate**

Mr. Cambata is undergoing medical examinations for his spinal conditions. Until further diagnostics are completed we do not recommend long sitting and walking procedures such as international flights (neither business or pleasure).

Mr. Cambata is on our waiting list for May/June 2016 for the surgery.

Dr. med. G. Waisbrod
Assistenzarzt Wirbelsäulenchirurgie

Dr. med. D. J. Jeszenszky
Chefarzt Wirbelsäulenchirurgie

Verteiler:
Herr Albert Cambata Agra

Wirbelsäulenchirurgie
und Neurochirurgie
PD Dr. med. F. Porchet
Dr. med. D. J. Joszenszky
Dr. med. F. Kleinstück
Dr. med. T. Fekete
Med. pract. H.-J. Becker
Dr. med. D. Haschtmann
Dr. med. O. Pröbstl

15.04.2016 16:27 / VEMI