# EXHIBIT D

## GAMBAZZI BERRA
STUDIO LEGALE E NOTARILE

AVV. GIAMPIERO BERRA, NOTAIO
AVV. MARCO GAMBAZZI, NOTAIO
AVV. JOSÉ MARCO CASELLINI, G.S.R.
AVV. ADRIANA GOMES FERNANDES EISENHARDT
ISCRITTI NEL REGISTRO DEGLI AVVOCATI DEL CANTONE TICINO

AVV. DOTT. MARCO VIGILANTE
ISCRITTO NELL'ALBO PUBBLICO DEGLI AVVOCATI DELL'UE
ISCRITTO ALL'ORDINE DEGLI AVVOCATI DI MILANO

MLAW GERALDINE BRONZ
MLAW MATTEO SIRONI

AVV. MICHELA BUERKI MORENI, CONSULENTE
GIUDICE SUPPLENTE AL TRIBUNALE FEDERALE

CH-6901 LUGANO
VIA NASSA - VIA DOGANA VECCHIA, 2
CASELLA POSTALE 5724
TEL. +41 91 922 70 91 - FAX +41 91 923 68 62

Egregio Signor
Albert Cambata
Via Campacci 4
6927 Agra/Collina d'Oro

Lugano, 22 aprile 2016 JMC/mt

### RE: SWISS CITIZENSHIP

Dear Mr. Cambata,

I confirm that – pursuant to the Swiss Law – in order to be eligible for the Swiss citizenship, the candidate must be «*integrated into Swiss society, familiar with Swiss habits, customs and practices, abides by Swiss law and does not pose a risk to Swiss internal or external security*» (Federal Act on the Acquisition and Loss of Swiss Citizenship, art. 14).

In order to prove what above, the candidate must produce – among others – his criminal and judicial records, which must be clear in order to comply with the Swiss provisions.

Any condemnation recorded on this record will represent and impediment to the process of Swiss naturalization.

Kindest Regards

avv. José Marco Casellini